UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DOUGLAS K. SMITH, MD,**

    *Appellant*,

v.                                             **Case No. 5:22-CV-0159-JKP**

**MEDLEGAL SOLUTIONS INC.,**         **(Appeal from Order in**
                                                           **Adversary Proceeding No. 21-05082-RBK)**

    *Appellee*.

**ORDER STRIKING FILING,
CONSOLIDATING APPEALS, AND
DISCHARGING SHOW CAUSE ORDER**

Before the Court is the Court's *Order to Show Cause* (ECF No. 3) and a *Motion to Strike* (ECF No. 13) filed by Appellee on June 22, 2022. The Court conducted a hearing on these matters. For the reasons stated in the motion, the Court **GRANTS** the motion and **STRIKES** the sworn affidavit (ECF No. 8) of Appellant as outside the record on appeal in this matter.

Furthermore, as stated on the record, the Court **CONSOLIDATES** this appeal with a related bankruptcy appeal in Cause No. 5:22-CV-0086-JKP. Through a contemporaneous order in the related case, the Court designated that case as the lead case. Henceforth both cases will proceed under Case No. 5:22-CV-0086-JKP and all future filings by the parties shall be made under that case number.

And, as stated on the record, the Court **DISCHARGES** the show cause order with the parties' agreement to pursue the appeal in this case and through the record on appeal in the related case as potentially supplemented in accordance with the Court's briefing schedule entered by separate order contemporaneously in the lead case.

Because this case is consolidated with the other case for all purposes, the Court **DIRECTS**

**the Clerk of Court to CLOSE this case.** From this point forward, this appeal will be handled in the lead case only.

**IT IS SO ORDERED this 30th day of June 2022.**

*[signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**